1  MICHELE BECKWITH
   Acting United States Attorney
2  MATTHEW H. NORWOOD
   Special Assistant U.S. Attorney
3  ARIN C. HEINZ
   Assistant United States Attorney
4  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
5  Fresno, California 93721
   Telephone: (559) 497-4000
6

7  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
8

**FILED**
Jun 27, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: **5:25-cr-00002-CDB** |
|---|---|
| Plaintiff, | (Case No. 5:25-po-00103-CDB, Citation #09888039 CA/14) |
| v. | VIOLATION: 18 U.S.C. § 795 – Photographing and Sketching Defense Installations. |
| SHU ANZAI,, | |
| Defendant. | [CLASS A MISDEMEANOR] |

**S U P E R S E D I N G   I N F O R M A T I O N**

COUNT ONE:    18 U.S.C. § 795 – Photographing and sketching defense installations
              [Class A Misdemeanor]

The United States Attorney charges: T H A T

SHU ANZAI,

Defendant herein, on or about March 15, 2025, within the boundaries of Edwards Air Force Base

in the Eastern District of California and in the special maritime and territorial jurisdiction of the United

/ / /

/ / /

1

States took unauthorized photographs of Edwards Air Force, a vital military installation, in violation of 18 U.S.C. § 795.

DATED: June 27, 2025                    Respectfully submitted,

                                        MICHELE BECKWITH
                                        Acting United States Attorney

                                By:     /s/ *Matthew H. Norwood*
                                        MATTHEW H. NORWOOD
                                        Special Assistant United States Attorney

# PENALTY SLIP

**DEFENDANT:**         SHU ANZAI

**COUNT ONE:**

    VIOLATION:         18 U.S.C. § 795 – Photographing and sketching defense installations
                              [**Class A Misdemeanor**]

    PENALTY:         (a)    Imprisonment
                                    Maximum: One (1) year
                          (b)    Fine.
                                    Maximum: One-Hundred Thousand Dollars ($100,000)
                          (c)    Both Fine and Imprisonment.
                          (d)    Penalty Assessment.
                                    Mandatory: Twenty-Five ($25)

**FORFEITURE ALLEGATION:**    N/A