JOHN D. UNDERWOOD, ESQ., SBN# 255328
Underwood Law Offices
2019 Westwind Drive, Suite E
Bakersfield, CA 93301
john@attorneyunderwood.com
Telephone: (661) 368-1973
Fax: (661) 777-9003

Attorney for Defendant: Shu Anzai,

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| PEOPLE OF THE UNITED STATES<br>Plaintiff,<br>vs.<br>SHU ANZAI,<br>Defendant, | Case No. 525-cr-00002-CDB-1<br>**DECLARATION OF COMPLIANCE WITH ORDER TO REMIBURSE INTERPRETER SERVICES, PROOF OF PAYMENT** |

**TO THE HONORABLE COURT**

John David Underwood Esq hereby submits this declaration of compliance to the Court's Order to Show Cause issued on August 5, 2025.

Dated: August 21, 2025

Respectfully Submitted,

JOHN D. UNDERWOOD, ESQ.
Attorney for the Defendant, Shu Anzai

## I. INTRODUCTION

This filing is in response to an order directing Counsel for Defendant to remit $350 to the Clerk of Court to reimburse the cost of interpreter services.

## II. STATEMENT OF FACTS

On or about August 11, 2025, the Honorable Court ordered Counsel to submit payment to the Clerk of Court of $350 within 10 days of entry of the order, sum to be paid personally and not transmitted to the defendant by way of charge of additional attorney's fees or costs. Proof of payment to be filed within 3 days of payment. On August 21, 2025, payment was made in person to the Clerk of Court of the Federal Court of the Eastern District of California, Fresno, CA. A copy of the receipt is

## III. CONCLUSION

Based on the Foregoing, John D Underwood Esq, respectfully requests the Court to accept this filing as proof of compliance with the Court Order.

Dated: August 21, 2025

Respectfully Submitted,

JOHN D. UNDERWOOD, ESQ.
Attorney for the Defendant, Shu Anzai

**DECLARATION OF JOHN D. UNDERWOOD**

I, John D. Underwood, declare:

1. I am the attorney of record for Defendant Shu Anzai in this matter.
2. I make this declaration based on my knowledge and actions.
3. On August 21, 2025, payment of the required reimbursement was remitted to the Clerk of Court of the Eastern District in person in Fresno, CA
4. Attached is a receipt for this payment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of August, 2025, in Bakersfield, California.

John Underwood

John D. Underwood, Esq.

# U.S. District Court

## California Eastern - Fresno

Receipt Date: Aug 21, 2025 3:24PM

Underwood Law Firm

Rcpt. No: 100005858 Trans. Date: Aug 21, 2025 3:24PM Cashier ID: #EF (4024)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 117 | Recovery of Court Costs | 5:25-CR-00002 /01<br>Shu Anzai<br>**FBO**: Underwood Law Firm | 1 | 350.00 | 350.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #1364 | 08/21/2025 | $350.00 |
| | | | Total Due Prior to Payment: | $350.00 |
| | | | Total Tendered: | $350.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.