ERIC GRANT
United States Attorney
MATTHEW NORWOOD
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHU ANZAI,<br><br>Defendant. | Case No. 5:25-CR-00002-CDB<br><br>[Citation #09888039 CA/14]<br><br>MOTION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through Eric Grant, United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice with prejudice.

DATED: March 2, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ Matthew H. Norwood
MATTHEW H. NORWOOD
Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice with prejudice.

DATED: March ______, 2026

HON. CHRISTOPHER D. BAKER
UNITED STATES MAGISTRATE JUDGE